IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIC BROWN AND MICHELLE BROWN | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. 4:17-cv-00271 |
| | § | (JURY) |
| | § | |
| LIBERTY INSURANCE CORPORATION | § | |

## NOTICE OF REMOVAL

Defendant Liberty Insurance Corporation timely files this Notice of Removal pursuant to

28 U.S.C. § 1441(a), 28 U.S.C. § 1332(a), and 28 U.S.C. §1446(b), removing this action from

the 268th Judicial District Court of Fort Bend County, Texas to the United States District Court

for the Southern District of Texas, Houston Division and in support thereof show as follows:

### A.    Introduction

1.    Plaintiff commenced this lawsuit against Defendants in the 268th Judicial District

Court of Fort Bend County, Texas on, or about, December 5, 2016.  A true and correct copy of

the Original Petition along with documents reflecting service are attached hereto as Exhibit

"A."  Plaintiff served the Original Petition on Defendant Liberty Insurance Corporation through

its registered agent on January 4, 2017.

2.    Defendants are filing this Notice of Removal within 30 days of its first receipt of

Plaintiffs' Original Amended Petition as required by 28 U.S.C. § 1446(b).

3.    Plaintiffs seek to recover damages in this lawsuit based on allegations of breach

of contract, violations of the Texas Insurance Code and the Texas DTPA, breach of the duty of

good faith and fair dealing, and misrepresentation resulting from the alleged conduct of

Defendant.  Plaintiffs' claims against Defendant arise under a homeowner's policy of insurance

issued by Liberty Insurance Corporation.   Plaintiffs allege their property was damaged in storms occurring on, or about, May 26, 2015 and January 8, 2016.  Plaintiffs further allege that they were not paid by the Defendant sufficiently to compensate them for the losses from these storms.

## B.      Jurisdiction & Removal

5.      This Court has jurisdiction in the case pursuant to 28 U.S.C. §1332, in that there is complete diversity of citizenship between the parties.  Accordingly, statutory authority for the removal of this matter is conferred by 28 U.S.C. §§ 1441 and 1446.

6.      Plaintiff is a citizen of the State of Texas.  Liberty Insurance Corporation is a corporation organized under the laws of the State of Massachusetts with its principal place of business located in Boston.

7.      Plaintiffs' Petition states they are seeking monetary relief over $100,000.00 but not more than $200,000.00.   Therefore, the amount in controversy exceeds $75,000.00.

8.      Venue is proper in this district and division under 28 U.S.C. § 1441(a) because the state court where the action has been pending is located in this district and division.

9.      Contemporaneous with the filing of this Notice of Removal, Defendant is filing a Notice of Filing Notice of Removal with the Clerk of Court for the 268th Judicial District Court of Fort Bend County, Texas pursuant to 28 U.S.C. § 1446(d).

10.      Attached hereto are all documents required by LR 81, USDC/SDTX Local Rules and 28 U.S.C. § 1446(a).

11.      Defendant demanded a jury in the state court action.  Defendant also requests a trial by jury pursuant to Rule 81(c)(3)(A), Federal Rules of Civil Procedure and LR 38.1, USDC/SDTX Local Rules.

12.     All fees required by law in connection with this Notice have been tendered and paid by Defendant.

WHEREFORE, Liberty Insurance Corporation hereby removes the above-captioned matter now pending in the 268th Judicial District Court of Fort Bend County, Texas to the United States District Court for the Southern District of Texas, Houston Division.

Respectfully submitted,

**SHEEHY, WARE & PAPPAS, P.C.**

By: __/s/ *J. Mark Kressenberg*_____
      J. Mark Kressenberg, Attorney in Charge
      JKressenberg@sheehyware.com
      Fed. Adm. No. 7793
      Texas State Bar No. 11725900
      Dawn A. Moore
      Dmoore@sheehyware.com
      Fed. Adm. No. 558181
      Texas State Bar No. 24040447
      909 Fannin Street
      Two Houston Center, Suite 2500
      Houston, Texas 77010-1003
      713-951-1000 Telephone
      713-951-1199 Telecopier

      **ATTORNEYS FOR THE DEFENDANT**
      **LIBERTY INSURANCE CORPORATION**

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing instrument has been forwarded via e-filing in accordance with the Federal Rules of Civil Procedure on this the 27th day of January, 2017, to the following counsel of record:

Jesse S. Corona
THE CORONA LAW FIRM, P.L.L.C.
521 N Sam Houston Pkwy E., Ste. 420
Houston, Texas 77060
281-882-3531
713-678-0613 – Facsimile
Jesse@theCoronaLawFirm.com

/s/ *J. Mark Kressenberg*_____
J. Mark Kressenberg

2737976_1.docx