Case 4:17-cv-00271   Document 19   Filed in TXSD on 07/11/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 11, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC BROWN, *et al*, § § § Plaintiffs, § VS. § LIBERTY INSURANCE CORPORATION, *et al*, § § § Defendants. § | CIVIL ACTION NO. 4:17-CV-271 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the plaintiffs', Eric Brown and Michelle Brown and the defendant's, Liberty Insurance Corporation Joint Motion for Agreed Order of Dismissal With Prejudice (Dkt. No. 17). Upon consideration of the motion, and it appearing same is for good cause and that the claims and causes of action herein have been settled by the parties, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

It is, therefore, ORDERED that this matter is hereby **DISMISSED WITH PREJUDICE,** each party to bear their respective costs.

This Order disposes of all claims and all issues by and between the parties and constitutes a final appealable order.

It is so ORDERED.

SIGNED on this 11th day of July, 2017.

_____
Kenneth M. Hoyt
United States District Judge